*E-FILED - 9/29/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GILBERTO JUAREZ, | ) | No. C 95-20619 RMW (PR) |
| Plaintiff, | ) ) | ORDER DENYING PLAINTIFF'S WRIT OF CORAM NOBIS |
| vs. | ) ) | |
| DANNY VASQUES, | ) | (Docket No. 8) |
| Defendant. | ) ) | |

Plaintiff, a state prisoner proceeding pro se, filed a civil rights complaint under 42 U.S.C. § 1983 on September 13, 1995. On January 3, 1996, this court dismissed plaintiff's complaint without prejudice for lack of jurisdiction. On August 20, 2008, plaintiff filed the underlying writ of coram nobis. The court DENIES the writ.

Plaintiff's writ appears to be an attempt to challenge his prior state convictions and sentences. Because plaintiff is incarcerated and because plaintiff appears to be challenging state convictions, a writ of coram nobis is not the approriate remedy. See Telink, Inc. v. United States, 24 F.3d 42, 45 (9th Cir. 1994); Madigan v. Wells, 224 F.2d 577, 578 n.2 (9th Cir. 1955).

Plaintiff's writ of coram nobis (docket no. 8) is DENIED.

///

///

Order Denying Plaintiff's Writ of Coram Nobis
P:\PRO-SE\SJ.Rmw\CR\Juarez619denycoramnobis.wpd   1

1     IT IS SO ORDERED.

2 DATED: 9/29/08

                                      *Ronald M. Whyte*
3                                    RONALD M. WHYTE
                                   United States District Judge

Order Denying Plaintiff's Writ of Coram Nobis
P:\PRO-SE\SJ.Rmw\CR\Juarez619denycoramnobis.wpd  2